IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00206-PAB-KLM

DAVID B. HOECK,

    Plaintiff,

v.

DARRYL PROFFIT,
MARY TOOMEY,
LINDA WORTHEN,
SCOTT LANCASTER,
TOM JORDAN,
VALERIE CRAIG,
KEN TOPLISS,
J. STRICKLETT, and
MARY ANN ALDRICH,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Strike Plaintiff's "Reply" (Doc. 95) [#96]** (the "Motion"). Defendants' Motion for Summary Judgment [#90] was filed on April 30, 2015. Plaintiff filed a Response [#92] on May 15, 2015, to which Defendants filed a Reply [#94]. Plaintiff proceeds as an incarcerated pro se litigant. In Defendants' Reply, they note that Plaintiff did not comply with Judge Brimmer's Practice Standards regarding the presentation of facts in briefing on motions for summary judgment. Plaintiff's "Reply" [#95] appears to be a Supplemental Response, in which Plaintiff attempts to comply with Judge Brimmer's Practice Standards with respect to fact presentation.

    IT IS HEREBY **ORDERED** that the Motion [#96] is **DENIED**. However, if they so desire, Defendants may file a Supplemental Reply **of no more than five (5) pages on or before August 12, 2015**, addressing only those matters addressed in the Supplemental Response [#95]. No further briefing shall be permitted on Defendants' Motion for Summary Judgment [#90].

    Dated: July 29, 2015